**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | CASE NUMBER |
|---|---|---|
| Sealed | | |
| | PLAINTIFF(S) | 2:16-cr-00292 - UA |
| v. | | |
| Sealed | | **ORDER RE TRANSFER PURSUANT TO** |
| | | **GENERAL ORDER 14-03 (Related Criminal Cases)** |
| | DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

April 28, 2016 _____ Jesus G. Bernal

Date                                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____                    _____

Date                                    United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  5:15-CR-00093-JGB _____  and the present case:

☒  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☒  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

## Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials  JGB _____  after the case number in place of the initials of the prior judge, so that the case number will read  2:16-cr-000292-JGB _____ . This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA    ☐ PSAED    ☐ USMLA    ☐ USMSA    ☐ USMED    ☒ Previous Judge    ☐ Statistics Clerk