EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
MIEKE B. TARWATER (Cal. Bar No. 228828)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0687
     Facsimile: (213) 894-7631
     E-mail:    mieke.tarwater@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292-JGB |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MARIYA CHERNYKH, TATIANA FAROOK, and SYED RAHEEL FAROOK, | **TRIAL DATE: 11-8-16** |
| Defendants. | **STATUS CONFERENCE DATE: 10-31-16** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on June 1, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial

///

///

///

date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from June 21, 2016 to November 8, 2016 at 9:00 a.m. The status conference hearing is continued to October 31, 2016 at 2:00 p.m.

2. The time period of June 21, 2016 to November 8, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 1 of the Federal Courthouse, 3470 Twelfth Street, Riverside, California on October 31, 2016 at 10 a.m. and November 8, 2016 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

///

///

///

commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

　　　IT IS SO ORDERED.

 June 2, 2016
 DATE                               HONORABLE JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mieke B. Tarwater*
MIEKE B. TARWATER
Assistant United States Attorney