# United States Pretrial Services
## for
## Central District of California



FILED
CLERK, U.S. DISTRICT COURT
4/12/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____IV____ DEPUTY

U.S.A. vs.  SYED RAHEEL FAROOK          Docket No. 2:16-CR-00292-JGB-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Syed Raheel Farook__, who was placed under pretrial release supervision by the Honorable __David T. Bristow__, sitting in the court at __Riverside__ on the __28__ day of __April 2016__ under the General Conditions of Release listed on the District Court's Release Order and Bond Form (CR-1) and the following additional conditions:

1. Submit to Pretrial Services Agency (PSA) supervision as directed by PSA.
2. Surrender all passports and travel documents to PSA no later than April 28, 2017, sign a Declaration re Passport or Other Travel Documents, and do not apply for a passport or other travel documents during the pendency of this case.
3. Travel is restricted to the Central District of California unless prior permission is granted by PSA to travel to a specific other location. Court permission is required for international travel.
4. Reside as approved by PSA and do not relocate without prior permission from PSA.
5. Maintain or actively seek employment and provide proof to PSA.
6. Avoid all contact, directly or indirectly (including by any electronic means), with any known co-defendants except in the presence of counsel. Notwithstanding this provision, may contact the following co-defendant without counsel present: Tatiana Farook.
7. Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by PSA. Must pay all or part of the costs based upon ability to pay as determined by PSA.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Beginning on or about March 28, 2018, and ending on March 30, 2018, Mr. Farook attempted to harm himself by exceeding the prescribed dose of his pyshotropic medication. On March 30, 2018, he was hospitalized for a mental health evaluation and released on April 2, 2018.

# United States Pretrial Services

for

Central District of California

U.S.A. vs. SYED RAHEEL FAROOK            Docket No. 2:16-CR-00292-JGB-3

**Petition for Action on Conditions of Pretrial Release**
(Page 2)

PRAYING THAT THE COURT WILL ORDER that a hearing be scheduled at which the defendant be ordered to show cause why his bond should not be revoked.

ORDER OF COURT

Considered and ordered this 12th day of April, 2018 and ordered filed and made a part of the records in the above case.

_____
Jesus G. Bernal
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on 04/10/2018

_____
Merredith Gibson
U.S. Pretrial Services Officer

_____
Lauren Robinson
Supervising U.S. Pretrial Services Officer

Place Riverside, California