UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 16-00292-JGB-3 | Date | April 30, 2018 |
| Title | USA v. Syed Raheel Farook | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Melanie Ann Hanson Sartoris | Ron M. Cordova, Retained |

**Proceedings:**     Order to Show Cause Hearing

Counsel make their appearance. This matter is on calendar for Defendant to show cause why bond should not be revoked. The Court hears argument from counsel, and statements made by Defendant.

The Court orders that Defendant remain on his current bond.

IT IS SO ORDERED.

Time: 00:07 / MG