TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501
     Telephone: (213) 894-5615
     Facsimile: (213) 894-7631
     E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 16-292-JGB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | **SENTENCING DATE:** |
| MARIYA CHERNYKH, et al., -3) SYED RAHEEL FAROOK | **March 25, 2019** |
| Defendants. | **[PROPOSED] SENTENCING DATE: December 9, 2019** |

Plaintiff United States of America, by and through its counsel of record, and defendant SYED RAHEEL FAROOK ("defendant"), by and through his counsel of record, hereby stipulate as follows:

1. The Indictment in this case was filed on April 27, 2016.

2. On January 10, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy. The Court originally set defendant's sentencing

for November 13, 2017, and, at the request of the parties, continued it to March 25, 2019.  Defendant is out of custody on bond pending sentencing.

    3.  By this stipulation, the parties respectfully request to continue the sentencing hearing from March 25, 2019, to December 9, 2019.

    4.  Defendant needs additional time to prepare his written sentencing position and believes it is in his best interest to seek a continuance.

    5.  The government does not object to this request.

    IT IS SO STIPULATED.

Dated: March 12, 2019        Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

   /s/ Melanie Sartoris
MELANIE SARTORIS
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: March 12, 2019        /s/ by electronic authorization
RON CORDOVA
Attorney for Defendant
SYED RAHEEL FAROOK