```
TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5615
     Facsimile: (213) 894-0141
     E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292 JGB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | **SENTENCING DATE:** |
| MARIYA CHERNYKH, et al., -3) SYED RAHEEL FAROOK | **May 18, 2020** |
| Defendants. | **[PROPOSED] SENTENCING DATE: November 9, 2020** |

Plaintiff United States of America, by and through its counsel of record, and defendant SYED RAHEEL FAROOK ("defendant"), by and through his counsel of record, hereby stipulate as follows:

1. The Indictment in this case was filed on April 27, 2016.

2. On January 10, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy. The Court originally set defendant's sentencing

for November 13, 2017, and, at the request of the parties, continued it to May 18, 2020.  Defendant is out of custody on bond pending sentencing.

3. By this stipulation, the parties respectfully request to continue the sentencing hearing from May 18, 2020, to November 9, 2020.

4. Defendant needs additional time to prepare his written sentencing position and believes it is in his best interest to seek a continuance.

5. The government does not object to this request.

IT IS SO STIPULATED.

Dated: May 11, 2020                Respectfully submitted,

                                   TRACY L. WILKISON
                                   Attorney for the United States,
                                   Acting Under Authority Conferred by
                                   28 U.S.C. § 515

                                   CHRISTOPHER D. GRIGG
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                    */s/ Melanie Sartoris*
                                   MELANIE SARTORIS
                                   Assistant United States Attorney

                                   Attorney for Plaintiff
                                   UNITED STATES OF AMERICA

Dated:  May 12, 2020               */s/ by electronic authorization*
                                   RON CORDOVA
                                   Attorney for Defendant
                                   SYED RAHEEL FAROOK