TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:   melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292 JGB-3 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIYA CHERNYKH, et al., <br> -3) SYED RAHEEL FAROOK | |
| Defendants. | |

For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant SYED RAHEEL FAROOK is continued from May 18, 2020, to November 9, 2020 at 2:00 p.m.

IT IS SO ORDERED.

May 14, 2020
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE