RON CORDOVA, ATTORNEY AT LAW
RON CORDOVA   (SBN 53341)
ALLYSON RUDOLPH (SBN 300766)
16520 Bake Parkway, Suite 280
Irvine, California 92618
Telephone:  (949) 748-3600
Facsimile:  (949) 748-3888

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 16-292-JGB |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| SYED RAHEEL FAROOK, | |
| Defendant | |

Defendant Syed Raheel Farook (hereinafter referred to as Raheel Farook or Raheel) respectfully submits the following sentencing memorandum to assist this Honorable Court in fashioning a sentence appropriate to Defendant's conduct and circumstances.

## INTRODUCTION

Few legal principles are as deeply etched in our criminal jurisprudence as the concept of individualized sentencing. The Supreme Court has made clear that "punishment should fit the offender and not merely every offense in a like legal category calls for identical punishment without regard to the past life and habits of a particular offender." *Williams v. New York* (1949), 337 US 241, 247. A sentence should reflect an individualized assessment of a particular offender's culpability and potential success on

probation, not a mechanistic application of a given sentence to a particular category of crime.  The sentencing court shall consider the factors set forth in 18 United States Code section 3553(a) in determining an appropriate sentence for the particular defendant awaiting sentence.  The appropriate sentence must be "sufficient but not greater than necessary" to accomplish the statute's purpose.

## COURT STATUS

On April 28, 2016, Raheel Farook made his initial appearance in the instant case in which an indictment charged him with a violation of 18 United States Code section 371. On January 10, 2017 Raheel Farook, pled guilty to Count One (Conspiracy). Raheel has taken responsibility for his unlawful conduct and since pleading guilty, he has met with the Government several times in its further inquiry into the unrelated criminal conduct of others. The United States Probation Office has submitted a Presentence Investigation Report.

## ADVISORY SENTENCE RANGE

The Presentence Investigation Report calculated a total offense level of 12 and a Criminal History Category of I, yielding an advisory sentencing range of 10-16 months. The Probation Office recommended that Raheel be committed to the custody of the Bureau of Prisons for a term of 5 months and upon release be placed on supervised release for 2 years. Raheel Farook respectfully urges this Honorable Court to find that a sentence within the guidelines suggested by the probation department is "greater than necessary" to comply with the goals of sentencing as set forth under 18 USC 3553 (a). A departure and/or variance are warranted by reason of Mr. Farook's admirable history and characteristics, the extremely low risk of recidivism and the need to avoid disparity among criminal sentences for this crime.

## DEFENDANT'S CHARACTERISTICS

Raheel Farook assisted his wife's sister, Maria Chernykh, in fraudulently obtaining permanent residence in the United States. Raheel Farook accepts responsibility for his wrongdoing and participation in the criminal conduct.

Raheel Farook is the second eldest child of four children to Syed Farook and Rafia Shareef. Raheel was born in Chicago, Illinois in 1985. In 1989, he and his family left the United States to live in Pakistan. While Raheel lived in Pakistan, he suffered repeated physical and emotional abuse by his father. Raheel was also sexually molested by a grocery store clerk and a tutor. In 1995, Rafia Shareef chose to bring her four children back to the United States to have better life.

The family first lived in Chicago, Illinois, but Raheel's father felt it was too cold and the family moved to Southern California in 1996. The family settled in Orange County. Raheel Farook attended Brookhurst Junior High School, Oxford Academy and Western High School. While attending the Oxford Academy, Raheel promoted antidrug and prevention of underage drinking. Near the time the President signed the .08 Blood Alcohol Level Law, Raheel was selected to go to Washington DC to represent "Mothers Against Drunk Driving".

In 2001, the family moved to Riverside, California. Raheel transferred to La Sierra High School. Raheel was deeply involved in his school and even organized an event called "A Challenge Day", which assisted in breaking down barriers between different sections of the school by promoting antibullying and antiviolence. This event was published in Press Enterprise Newspaper. Attached as Exhibit "A" is a copy of the May 31, 2002 Press-Enterprise argument about the Challenge Day.

In 2003, Raheel graduated La Sierra High school and immediately joined the United States Navy. His position in the Navy was an Information Systems Technician. Upon graduating bootcamp, Raheel was stationed on the United States Enterprise based out of Norfolk, Virginia, where he met his wife Tatiana Farook. In 2006, Raheel obtained top-secret clearance from the Navy. Raheel Farook was deployed for eight months in Iraq. While deployed, Raheel handled top-secret classified communications. He would send messages to the admiral and captain of the ship in order to assist in the Iraqi campaign. While in the Navy, Raheel received awards, including "Good Conduct Award", "Sailor of the Week," "Letter of Commendation" from the ship's captain,

National Defense Service Medal, Global War on Terrorism Service Medal, Global War on Terrorism Expeditionary Medal and Sea Service Deployment Ribbon. Attached as Exhibit "B" are copies of Raheel's awards.

In 2007, Raheel received an honorable discharge from the United States Navy. Shortly thereafter in 2007, Raheel enrolled as a fulltime student at Riverside Community College. He made the Dean's Honor List in Fall 2007, Fall 2008, Spring 2009 and Fall 2009.

In February 2009, Tatiana moved to California and the couple opened a cell phone accessary business at the Montebello Mall. In December 2009, the couple became engaged. In Spring 2010, Raheel was accepted to San Francisco State University. While a full time student, he managed a cell phone accessory kiosk in the Northgate Mall in San Rafael, California.

In March 2010, Raheel Farook opened and Tatiana managed a Metro PCS business in the Montebello Mall. Raheel wanted to attend a college that was in Southern California. He applied and was accepted to Cal State Fullerton. In Spring 2011, Raheel transferred to Cal State Fullerton. While he was a full-time student at Cal State Fullerton, Raheel worked full time at Wells Fargo as a teller and a customer service representative and sales representative (CSSR). He was soon promoted to a banker position. In 2011, Raheel received "A Perfect Balance Award" for successfully balancing his cash drawer and minimizing cash differences. When Raheel was a CSSR, he received CSSR of the month in January 2013 and February 2013. Attached as Exhibit "C" are true and correct copies of Raheel's perfect balance award and CSSR of the month awards.

In June of 2013, Raheel earned his Bachelor's Degree in Business Administration with a concentration in finance from California State University Fullerton. In August 2013, Raheel Farook began working as a Business Tax Representative for the California State Board of Equalization ("BOE"). While employed there, he participated in the Volunteer Income Tax Assistance Program to help low income

taxpayers prepare and file their tax returns. During his employment, he received recognition from Senator Norma Torres, Assemblymember Freddy Rodriguez and the IRS for his outstanding public service. During a 2014 periodic review, his performance evaluation recognized Raheel for having excellent work habits, professional relationships with people and meeting work commitments. Raheel's last review with the BOE on March 17, 2016, was outstanding. The review commended him for his accomplishments, his negotiation skills, his time management skills and his positive attitude. Attached as Exhibit "D" is a true and accurate copy of Mr. Farook's March 17, 2016 review with his previous employment at the California State Board of Equalization.

On November 2, 2014, Raheel Farook's daughter with Tatiana Farook, Inaya Naeema Farook, was born. Raheel truly lives for his child with Tatiana. Raheel is the provider and the stable male figure for his family. He is truly embarrassed by his participation in the immigration marriage fraud scheme.

Raheel Farook pled guilty in January 2017. After his plea the Board of Equalization terminated him from his employment in February 2017. Raheel was also denied unemployment. Losing his position created an extreme financial burden on Raheel as he was the sole provider for his daughter, his wife and his disabled parents. He fell behind household bills and was surviving on welfare.

Raheel immediately began applying for jobs and received a few offers from companies which he would prefer not to name publicly. As soon as the prospective employers were informed of his indictment and guilty plea, the offers were immediately rescinded.  During this time, Raheel had major mental struggles which are described in detail below. His health benefits through the Board of Equalization ended on April 1, 2017.  In May 2017, Raheel suffered a mental breakdown due to the stress from his current circumstances.  Raheel was unable to see his psychiatrist until June 14, 2017 when he obtained medical benefits again.  The silver lining is that he has received more specific diagnoses and is doing much better.

/////

Unable to find employment commensurate with his skills and experience, Raheel made the best of his situation by enrolling in a graduate course of studies at California State University San Bernardino.  He was awarded a Master of Business Adminstration in 2019.

## DEFENDANT'S MEDICAL CHALLENGES

In 2013, Raheel was diagnosed with depression, anxiety and ADHD. He was under the care of Dr. Chander, a psychiatrist, who prescribed Effexor, Ativan and Adderall. Raheel has also been diagnosed with high blood pressure by his primary care physician. Raheel's anxiety causes his blood pressure to rise and for this he has been prescribed Atenol.

Raheel candidly admits that during the instant criminal proceedings, his anxiety and depression have been an extreme battle. He feels pressure to support his family and be a good role model for his daughter with Tatiana. His unemployment and looming criminal sentence have significantly affected his mental health. Raheel has been extremely open about his struggles and readily admits that in May 2017 he hit an all-time low and contemplated suicide. He was placed under mental evaluation for a few days, which time allowed doctors to more specifically present a diagnosis of major depressive disorder and recurrent episodes of anxious distress. For these identified afflictions, Raheel was prescribed Affexor, Clonozepam and Quetipine. These medications and his employment have significantly assisted him in fighting against his mental issues. Attached as Exhibit "E" is a letter from Raheel's psychiatrist with his diagnoses and that he improved with medication and therapy.

Under a sentence to the Bureau of Prisons and the consequent inability to work and contribute to society, Raheel fears that he will deteriorate mentally and not receive the proper medication and treatment which have significantly helped him.

## DEFENDANT IS HIGHLY UNLIKELY TO REPEAT UNLAWFUL CONDUCT

Raheel Farook participated in the unlawful scheme which brings him before this Court by assisting his wife's sister to obtain residence in the United States. Raheel loves his wife and his family more than he cares for his own life. He cares for his sister-in-law as if she were his own sister. Raheel makes no excuses for his criminal conduct. As a man with an outstanding reputation earned by serving our country and recognized by the U.S. Navy as well as his civilian employers, he is ashamed and embarrassed by the criminal conduct that will forever tarnish him.

What Raheel wants this Court, and indeed the world, to know is that this was an isolated incident that served no other purpose than to assist his wife's sister in remaining in the United States and not returning to Russia. Raheel received no financial benefit or other incentive for his illegal acts. The sole impetus to his crime was love of his family, the happiness of his wife and the opportunity for his daughter to grow up with her cousin. This was truly an isolated incident.

## SENTENCING COURT MUST CONSIDER THE UNITED STATES GUIDELINES

In *United States v. Booker*, the United States Supreme Court held that the mandatory provision of the Sentencing Guidelines violated the Sixth Amendment. The Court excised "the provision of the federal sentencing statute that makes the Guidelines mandatory, ... mak[ing] the Guidelines effectively advisory." 543 US 220. Thus, a sentencing court must now "consider Guidelines ranges ... but … [may] tailor the sentence in light of other statutory concerns as well, see § 3553(a)." *Ibid*; in accord, *Kimbrough v. United States*, 552 U.S. 85, 90 (2007): "[W]ith 18 USC § 3553(a), the Guidelines formerly mandatory, now serve as one factor among several counts must consider in determining an appropriate sentence."

The United States Supreme Court provided additional guidance to sentencing courts in *Gall v. United States*, 552 U.S. 38, 49-50 (2007):

> [A] district court should begin all sentencing proceedings by correctly calculating the applicable Guidelines range. [Citations.] As a matter of administration and to secure nationwide consistency, the Guidelines

should be the starting point and the initial benchmark.  The Guidelines are not the only consideration, however.  Accordingly, after giving both parties an opportunity to argue for whatever sentence they deem appropriate, the district judge should then consider all of the § 3553(a) factors to determine whether they support the sentence requested by a party.  In so doing, he may not presume that the Guidelines range is reasonable.  [Citations.]  He must make an individualized assessment based on the facts presented.

18 United States Code section 3553(a) "contains an overarching provision instructing district courts to 'impose a sentence sufficient, but not greater than necessary,' to accomplish the goals of sentencing . . ." *Kimbrough, supra*, at page 101. The purposes of sentencing are "to reflect the seriousness of the offense," "to promote respect for the law," "to provide just punishment for the offense," "to afford adequate deterrence to criminal conduct," "to protect the public from further crimes of the defendant" and "to provide the defendant with needed . . . medical care, or other correctional treatment in the most effective manner."  18 USC 3553(a)(2).  Instructed by section 3553(a), sentencing courts must also consider (1) the nature and circumstances of the offense and the history and characteristics of the defendant, (2) the need for the sentence imposed, (3) the kinds of sentences available, (4) the kinds of sentences and the sentencing range as set forth in the guidelines, (5) any pertinent policy statement issued by the Sentencing Commission, (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct and (7) the need to provide restitution to any victims of the offense.

Raheel committed the charged offense out of love, not out of violence, not out of a desire for money or other tangible benefit. Raheel's past history and post-indictment conduct inform us of his integrity and trustworthiness. He served our country in combat, receiving top clearance as a member of the U.S. Navy. Despite a troubled childhood which included unthinkable acts of molestation against him, Raheel Farook has chosen

to make a positive impact on others throughout his life. As his attorney, I continue to thank Mr. Farook for his service. Raheel Farook admits his crime and understands that punishment is a necessary part of the sentence that he shall receive. He asks only that we understand the punishment he has already received as a result of the isolated offense which has brought him before this Court.  Immediately upon his plea, Raheel was fired from his position with the Board of Equalization. For five months, he applied for jobs, went through interviews and received acceptances, only to be rejected solely because of the offense at bar. As the sole provider for his family, his entire family faces grave financial consequences. Raheel has persisted and obtained employment. His family still struggles and remains in debt, but his employment allows him a view of a brighter future.

A variance of 2-4 points is respectfully requested for the above stated reasons. This would adjust Raheel's total offense level to 8-10 points. Raheel does not require imprisonment.  Incarceration may well not allow him the necessary mental support for his mental health challenges. The criminal conduct and the reasons behind it do not dictate incarceration. Indeed, the Presentence Investigation Report suggests five months in custody and two years supervised release even without a variance.

Raheel understands that supervision is necessary, but earnestly believes that an appropriate period of home confinement is better suited to his particular circumstances. Raheel can continue to work and contribute to society. He will be able to receive proper medical treatment. Raheel will be subject to close observation and strict protocol while under home confinement.

## OTHER MARRIAGE FRAUD CASES TO COMPARE TO PREVENT SENTENCE DISPARITY

Marriage fraud is not an uncommon crime and numerous individuals have been sentenced for such criminal conduct. It is important to note, however, that the majority of cases of marriage fraud involve either a widescale scheme where marriages are bought and sold like a business venture or two unrelated individuals who enter into a monetary

agreement for residence or citizenship. The offense at bar is not a part of a widescale scheme. Neither Raheel Farook nor his wife, gained financially from their crime. Raheel was related by marriage to Ms. Chernykh and participated in the conspiracy solely for the love of his wife and his family. Raheel's offense is manifestly a one-time occurrence.

### USA v. CRUZ AND HARRISON- 8:13-CR-538-T-33AEP

In Tampa, Florida, a federal jury found Nerene Erica Harrison guilty of marriage fraud in July 2014. Harrison, a Jamaican national, was indicted with Robert Kenneth Scott Cruz, a United States citizen. In 2007 when Harrison's work visa expired, Harrison offered Cruz $6,000 to marry her. They married in August 2011. This was clearly a contract solely for the purpose of avoiding deportation and obtaining financial benefit, not for the love of a family member. Nerene Erica Harrison was sentenced at a total offense level of 10, receiving three months of imprisonment and three years of supervised released. Robert Cruz, who received the financial benefit of the marriage fraud, was sentenced at a total offense level of 9, receiving thirty-six months of probation. Attached as Exhibit "F" are a true and accurate copy of the clerk's minutes for Ms. Harrison's sentencing and a true and accurate copy of the clerk's minutes of Mr. Cruz' sentencing.

### USA v. HAMILTON AND BIRCH- 8:14-CR-17-T-33TBM

In Florida, Cassandra Hamilton and Morgia Birch participated in a conspiracy to commit marriage fraud. Hamilton and Birch pled guilty to 18 U.S.C. section 371. The marriage fraud conspiracy spanned several years and encompassed more than ten fraudulent marriages. The defendants would arrange marriages between U.S. and Jamaican citizens to obtain residence or citizenship. Hamilton and Birch received significant financial compensation for arranging these marriages. Hamilton was sentenced to 15 months in custody. The other defendant in the case, Morgia Birch, received a sentence of time served and supervised release of three years. Attached as Exhibit "G" are a true and accurate copy of judgment for Ms. Hamilton's case and a true and accurate copy of the clerk's minutes for Morgia Birch's sentencing. This case is in

stark contrast with Raheel Farook's circumstances: Hamilton and Birch created a marriage fraud business that spanned years and included multiple participants.

### USA v. SANTAELLA VIEIRA ET AL- 4:16CR00646-RBH

The case was in South Carolina, involved 10 defendants who participated in a marriage fraud conspiracy involving Brazilian nationals who were paying United States citizens to enter into fraudulent marriages to gain United States citizenship. There were a total of five fraudulent marriages among the defendants. More than $20,000 was paid to U.S. citizens to enter into the sham marriages. Defendants Sonia Vieira, Adalberto Vieira, Claudia Ferreira, Nicholas Tarpley, Sidnei Ferreira, Nathalia Ferreira, Amanda Ferreira and Colby Musser each received five years probation. Julie McGorty received five years probation, with a condition of 14 months home confinement. Jason Bolt was sentenced to three years probation with a condition of six months home confinement. Attached as Exhibit "G" are true and accurate copies of all the criminal judgments from the United States District Court of South Carolina for the defendants in this case.

### CONCLUSION

The sentencing court must consider Raheel Farook's offense, his personal characteristics, the reasons for his criminal conduct, his medical circumstances and the sentences in other (but not comparable) marriage fraud cases. Raheel understands the seriousness of his criminal conduct, but believes that imprisonment is neither statutorily required nor necessary to achieve the sentencing goals set forth in 18 United States Code section 3533(a).

Date: October 16, 2020

Respectfully submitted,

RON CORDOVA
Attorney for Raheel Farook

# EXHIBIT A



find your dream boat
with our boat selector
explore boats

discover BOATING

Subscribe Today | Customer Service | P-Edition | Advertise | Top Workplaces | UnidosSC.com | Weather

News | Sports | Entertainment | Business | Life | Opinion | Blogs | Photos | Obits | Press-Enterprise Rewards

CARS
JOBS
HOMES

Search Website

## Archive Article

Back to your search results | Return to the search page | Printer Friendly version

## Students tackle issues: LA SIERRA HIGH: Challenge Day makes participants examine ways to resolve conflicts o campus.

**PUBLICATION:** Press-Enterprise, The (Riverside, CA)
**SECTION:** LOCAL
*LINDA LOU THE PRESS-ENTERPRISE*
**DATE:** May 31, 2002
**EDITION:** RIVERSIDE; CORONA-NORCO; MORENO VALLEY

**Page:** B01

RIVERSIDE

A group of diverse students received invitations to attend Challenge Day, held in the school's gym Thursday, without knowing what to expect.

By the end of the day, 104 La Sierra High School students said the message was loud and clear: stop bullying and fights on campus through respect and awareness.

In the course of six hours, many students also learned to drop their stony images and chose to be vulnerable in front of their peers and adults. They formed small groups and shared thoughts about hardships, goals and fears.

"We are all going through the same problems together," said junior Karina Mendoza. "I learned I can turn to someone else and get help. I am not alone."

La Sierra's Peer Assistance Leadership and conflict resolution class brought Challenge Day to school after discovering bullying was a concern among students. The class had surveyed about 1,300 students and 36 percent of them identified bullying as a problem on campus.

"Bullying is usually kept in the dark," said junior Naomi Avina, a member of the leadership group. "Because the survey was confidential, I think students were more honest."

█████████████ [redacted text] █████████████

The class wrote a grant proposal to the Riverside County Prevention-Education Trust. They received $5,000 to administer the program.

During the day students played games to build trust and listened to two speakers, Patty Gaglia and Vinny Ferraro, talk about their struggles growing up. These activities were designed to help students recognize and end oppression.

Moises Velasquez, a junior and a peer conflict mediator, said he didn't think he would cry. But one of the questions prompted him to remember his father who died when Moises was 10.

"The question made me think about something I never thought about before -- my father's death," he said. "His absence in my life."

The leadership group's teacher, Dan Flower, said his students ran the show and the only acted as a supervisor. "They did a dynamic job," he said.

Mike Slagle, a junior who said he is often labeled as a tough guy, said he learned how to comfort others.

"I think I made a lot more friends today and got to open up," Mike said. "I got to express myself. I'm going to remember to be more kind-hearted to people."

Students said Challenge Day was worthwhile and would try to keep what they learned alive in their hearts and daily life.

"Don't let it stop here," said junior David Linden to the participants. "Don't let tomorrow be another day. Don't forget what you learned in here. Please, I beg you, we got to make this world a better place."

**Caption: KURT MILLER**

**THE PRESS-ENTERPRISE**

1. La Sierra High School students play a game during Challenge Day at the school. Challenge Day aims to stop bullying and fights on campus.

2. La Sierra students play volleyball sitting down, using chairs as a net during a Challenge Day exercise.

Copyright © 2016 The Press-Enterprise & Digital First Media. All Rights Reserved.
About Us | Privacy Policy & Terms of Use | Copyright | Arbitration | Site Map

EXHIBIT B

# Department of the Navy



# Good Conduct Award

## Fidelity       Zeal       Obedience

Information Systems Technician Third Class
(Surface Warfare)
Syed Raheel Farook

**Is issued this certificate in recognition of faithful, zealous and obedient naval service**

First Award

**Awarded for service completed on August 12, 2006**

**L. RICE**
**Captain, U.S. Navy**
**Commanding Officer**
**USS ENTERPRISE (CVN 65)**

# COMBAT SYSTEMS DEPARTMENT
## SAILOR OF THE WEEK

*It is with great pleasure that I personally recognize*

*IT3(SW) Syed R. Farook*

*As CSD Sailor of the Week, this Third week of October, 2006*

*This award is a distinct honor that measures your individual performance against the larger number of outstanding Sailors in Combat Systems Department. Your personal contributions and professional accomplishments during this week were unsurpassed. Your exemplary performance has contributed significantly to the overall readiness of the ship and were in keeping with our reputation as the "FLEET'S FINEST." Well Done!*

*Carrie A. Hasbrouck*

CDR Carrie A Hasbrouck
Combat Systems Officer

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

1

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) FAROOK, SYED RAHEEL | 2. DEPARTMENT, COMPONENT AND BRANCH NAVY-USN | | 3. SOCIAL SECURITY NUMBER 337   82   |
|---|---|---|---|

| 4a. GRADE, RATE OR RANK IT3 | b. PAY GRADE E4 | 5. DATE OF BIRTH (YYYYMMDD) 19850202 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20110114 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY SAN DIEGO, CA 92123 | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 3830 TOMLINSON AVE RIVERSIDE, CA 92503 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND USS ENTERPRISE (CVN 65) | b. STATION WHERE SEPARATED USS ENTERPRISE (CVN 65) HP: NORFOLK, VA |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED NAVAL RESERVE PERSONNEL CENTER NEW ORLEANS, LA 70149 | 10. SGLI COVERAGE           NONE AMOUNT: $ 400,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| IT-0000 X X X X X X X X X X X X X X | a. DATE ENTERED AD THIS PERIOD | 2003 | AUG | 13 |
| X X X X X X X X X X X X X X | b. SEPARATION DATE THIS PERIOD | 2007 | AUG | 12 |
| X X X X X X X X X X X X X X | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| X X X X X X X X X X X X X X | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| X X X X X X X X X X X X X X | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| X X X X X X X X X X X X X X | f. FOREIGN SERVICE | 00 | 00 | 00 |
| X X X X X X X X X X X X X X | g. SEA SERVICE | 03 | 05 | 03 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2005 | JUN | 16 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) NATIONAL DEFENSE SERVICE MEDAL, GLOBAL WAR ON TERRORISM SERVICE MEDAL, GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL, SEA SERVICE DEPLOYMENT RIBBON, NAVY GOOD CONDUCT MEDAL X X X X X X X X X X X X X X X X X X X X X X X X | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) IT A-SCHOOL (A-202-0014), 14 WKS, FEB04 X   X   X X   X   X   X   X   X   X   X   X   X X   X   X   X   X   X   X   X   X   X   X   X X   X   X   X   X   X   X   X   X   X   X   X X   X   X   X   X   X   X   X   X   X   X   X X |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES X | NO |
|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID  5.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS SER: 03365-07-0303 BAA X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |
|---|

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 3830 TOMLINSON AVE RIVERSIDE, CA 92503 | b. NEAREST RELATIVE (Name and address - Include ZIP Code) RAFIA FAROOK 3830 TOMLINSON AVE RIVERSIDE, CA 92503 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   CA   DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) D. K. GUNSETT, PSC (SW/AW), USN PERSLCPO BY DIRCO |
|---|---|

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELAQDU AND TRANSFERRED TO NAVAL RESERVE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY MILPERSMAN 1910-104 | 26. SEPARATION CODE MBK | 27. REENTRY CODE RE-R1 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION   COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) ITEM: NONE | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|

DD FORM 214, FEB 2000
(PRIF - WEB GIOR)

PREVIOUS EDITION IS OBSOLETE.

SERVICE - 2

# EXHIBIT C

# Perfect Balance Award

## The Riverside Heights Market Area Recognizes

### Syed Farook
Vons Corona
December 2011

For successfully balancing your Cash Drawer and minimizing Cash Differences

"The strength of the team is in each member and the strength of each member is in the team"

Thank you for your due diligence!



Debby Martin, District Manager

Arlnec Loo Santos, Market Support Consultant

# Certificate Of Achievement

## Riverside Heights District

Congratulations on helping Riverside
Heights District be one of the top
performing and most successful divisions
in all of Wells Fargo. Thanks to your hard
work and dedications, Wells Fargo is
making a difference in the lives of our
customers everyday and helping them
succeed financially. You have
demonstrated your commitment to
excellence and today, it is an honor to
recognize you.

This certificate is awarded to:

## Raheel Syed

Vons Corona

### #1 CSSR in Riverside Heights
### February 2013

Debby Martin, District Manager

© 2009 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

For internal use only.



Together we'll go far

WELLS FARGO

# Certificate Of Achievement

## Riverside Heights District

This certificate is awarded to:

## Syed Raheel Farook

Vons Corona

#1 CSSR – Month of January
1st Quarter 2013

Congratulations on helping Riverside Heights District be one of the top performing and most successful divisions in all of Wells Fargo. Thanks to your hard work and dedication, Wells Fargo is making a difference in the lives of our customers everyday and helping them succeed financially. You have demonstrated your commitment to excellence and today, it is an honor to recognize you.

Debby Martin, District Manager



Together we'll go far


WELLS FARGO

© 2009 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

For internal use only.

# EXHIBIT "D"

STATE OF CALIFORNIA
**INDIVIDUAL DEVELOPMENT PLAN**
FOR FUTURE JOB PERFORMANCE OF PERMANENT EMPLOYEES
STD. 637 (REV. 7-94) BOE (12-96)

| EMPLOYEE NAME (Last, First, Middle Initial) | DATE OF THIS PERFORMANCE DISCUSSION | |
|---|---|---|
| Raheel Farook | March 17, 2016 | |
| CIVIL SERVICE TITLE | POSITION NUMBER | LAST PERFORMANCE DISCUSSION DATE |
| Business Taxes Representative | 290-468-8690-049 | 04/10/14 |
| STATE DEPARTMENT NAME | DEPARTMENT SUBDIVISION | EMPLOYEE'S HEADQUARTERS |
| Board of Equalization | Sales & Use tax | CCS-Norwalk |

| PERFORMANCE OBJECTIVES—Goals for further improvements in job performance during the next year in order to meet or exceed standards for the employee's present job or to develop employee skills. | PLANS FOR ACHIEVING OBJECTIVES—Specific methods by which the employee can work toward accomplishing his or her performance objectives (in-service training courses, college courses, rotation, special work assignments for training purposes, etc.). |
|---|---|
| Objectively, I have already met the standards required for the BTR position. However, I always look for improvements or new skills to further develop my present occupation. | In order to achieve my performance objectives, I will request to be assigned complicated duals that have audit liabilities which are normally assigned to specialists. |
| One of my goals is to understand how to dual the complicated duals that have audit liabilities which are normally assigned to specialists. | Continue to review Board's latest TPD Memos, Ops Memos and updated legislation and regulation changes. |
| I also want to make the effort to stay informed on the latest BOE policies and procedures pertaining to BOE's overall program objectives and handling of collection assignments. | In addition of signing up for college courses this Spring,  I have signed up for the following in-service training classes required for my Annual Training Plan (ATP): |
| | 1. 'Grammar Matters'. |
| | 2. 'Critical Thinking'. |

***I HAVE PARTICIPATED IN A DISCUSSION OF OVER-ALL JOB PERFORMANCE***

| EMPLOYEE'S SIGNATURE | DATE SIGNED | SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|---|
| *[signature]* | 3/17/16 | *[signature]* | 3-17-16 |

(OVER)

EPC

STATE OF CALIFORNIA
# PERFORMANCE APPRAISAL SUMMARY
OF PAST JOB PERFORMANCE OF PERMANENT EMPLOYEES
STD. 637 (REV. 7-94) (REVERSE) BOE (12-96)

| PERFORMANCE FACTORS | I | M | E* | COMMENTS* |
|---|---|---|---|---|
| **1. QUALITY OF WORK:** Consider the extent to which completed work is accurate, neat, well-organized, thorough and effective. | | X | | |
| **2. QUANTITY OF WORK:** Consider the extent to which the amount of work produced compares to quantity standards for the job. | | | X | |
| **3. WORK HABITS:** Consider the employee's effectiveness in organizing and using work tools and time, in caring for equipment and materials, in following good practices of vehicle and personal safety, etc. | | | X | |
| **4. RELATIONSHIPS WITH PEOPLE:** Consider the extent to which the employee recognizes the needs and desires of other people, treats others with respect and courtesy, and inspires their respect and confidence, etc. | | | X | |
| **5. TAKING ACTION INDEPENDENTLY:** Consider the extent to which the employee shows initiative in making work improvements, identifying and correcting errors, initiating work activities, etc. | | X | | |
| **6. MEETING WORK COMMITMENTS:** Consider the extent to which the employee completes work assignments, meets deadlines, follows established policies and procedures, etc. | | | X | |
| **7. ANALYZING SITUATIONS AND MATERIALS:** Consider the extent to which the employee applies consistently good judgment in analyzing work situations and materials, and in drawing sound conclusions. | | X | | |
| **8. SUPERVISING THE WORK OF OTHERS:** Consider the employee's effectiveness in planning and controlling work activities, motivating and developing subordinates, improving work methods and results, encouraging and supporting employee suggestions for work improvements, applying policies, selecting and developing subordinates in accordance with State Personnel Board and departmental affirmative action policies. | | | N/A | |
| **9. PERSONNEL MANAGEMENT PRACTICES:** Consider the extent to which the employee understands and applies good personnel management practices including affirmative action and upward mobility. Does the employee contribute effectively to the implementation of State Personnel Board and departmental equal employment opportunity policies and to the attainment of affirmative action goals? | | | N/A | |

GENERAL COMMENTS OR COMMENTS ON OTHER FACTORS

See attached.

---

*The supervisor may make "comments" only, or may use rating categories only, or may use either or both methods of appraisal on any performance factor, as he or she prefers. The rating categories are:
    I — Improvement needed for performance to meet expected standards
    M — Performance fully meets expected standards
    E — Performance consistently exceeds expected standards

# PERFORMANCE APPRAISAL SUMMARY

**Raheel Farook**                                               **March 17, 2016**
**Business Taxes Representative**                               **290-468-8690-049**

### COMMENTS TO EMPLOYEE:

This represents your performance appraisal as a Business Taxes Representative in the Centralized Collection Unit for the period of January 1, 2015 to December 31, 2015. The evaluation is based on the feedback received from your former Supervisor and CCS Reviewers (BTSI's) after the submission of your completed Dual Investigation Reports of the following qualification factors.

**Quantity of Work:**
You are assigned and responsible for the corporate closed-out accounts with a balance ranging from $15,000 to $69,999 with the terminal digits 30-39. You clear delinquencies, collect delinquent taxes, coordinate adjustments when appropriate, and exhaust all collection avenues against the corporate assets, prior to pursuing a 6829 dual against the responsible party/parties. You make every effort to negotiate for payment in full or installment payment arrangements with the taxpayers. During this rating period, you have effectively negotiated with taxpayers and/or their representatives, subsequently resulting in 4 payments in full for the amounts of $39,398.26, $14,176.81, $20,481.00 and $17,936.31. Examples of this can be found on accounts SR SO 100-XXX336, SR EH 101-XXX734, SR S EH 102-XXX318 and SR AP 102-111230. This demonstrates your collection ability and negotiation skills.

**Work Habits:**
You maintain good control over your workload and you keep close follow-up on your cases. You have excellent time management and organizational skills. You are well organized and this skill allows you to perform your duties efficiently. This is evident with the timely submission of your Dual Memo Reports.

I also want to commend you on volunteering for the DMV EATS resource person and the resource person for the unit's check request; because of your exceptional skills in this area you were able to train employees, respond timely to EATS and check requests while meeting time sensitive deadlines.

You adhere to the safe work habits in accordance with the Board's Injury and Illness Prevention Program.

**Relationship with People:**
You are flexible and willing to adjust to assignment changes and priorities. On several occasions you have been asked by the units Business Taxes Administrator II to take on additional assignments/special projects after timely completion of your own assigned cases. You always accept the additional responsibilities without complaining and with a positive attitude. I greatly appreciate your willingness to help your peers and the unit. You are professional and courteous in all your dealings with taxpayers, staff members and supervisors. You maintain a positive attitude and pleasant disposition.

**Meeting Work Commitments:**

As stated, above, you are excellent at meeting time sensitive deadlines while taking on extra assignments/special projects.

A review of your assigned cases in 2015 shows that you consistently follow appropriate guidelines in obtaining evidence during your 6829 dual investigations. This is evident in the 14 6829 Dual Reports you completed during this rating period. Since then, all reports submitted have been approved by your reviewer, forwarded to ADRS and billed.

In addition, you adapted well with CPPM revisions made to the 6829 dual process and have incorporated the new procedures into your Dual Memo Reports which is reflected on the feedback received from the Dual Team Reviewers.

Raheel, you are an asset to the Centralized Collection Section and the BOE. I have full confidence in your skills, abilities and desire to continue to learn and grow within the BOE. It's a pleasure having you in my unit.

| SIGNATURE OF SUPERVISOR | TITLE | DATE |
|---|---|---|
| *R. A* | BTAI | 3-17-16 |
| SIGNATURE OF EMPLOYEE | | DATE |
| | | 3/17/16 |

EXHIBIT "E"

 **KAISER PERMANENTE.**

2/8/2018                                   MR#000016208949

Re: Raheel S Farook
1761 Forum Way Unit C
Corona CA 92881-7401

To whom it may concern:

Raheel S Farook is under my care and treatment since Oct , 2015 for

 F41.1 GENERALIZED ANXIETY DISORDER
F90.9 ADHD
F32.5 MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE, IN FULL
REMISSION
 He has improved with medication and therapy.

Raheel S Farook
Sincerely,

KALIKA CHANDER MD
2055 Kellogg Ave
Corona CA 92879-3111
866-984-7483

# EXHIBIT "F"

AO 245B (Rev 12/03) Sheet 5 - Criminal Monetary Penalties

| Defendant: | ROBERT KENNETH SCOTT CRUZ | |
|---|---|---|
| Case No.: | 8:13-cr-538-VMC-AEP | Judgment - Page 3 of 4 |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6

| | Assessment | Fine | Total Restitution |
|---|---|---|---|
| **Totals:** | $100.00 | WAIVED | N/A |

— The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

— The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| **Totals:** | $ | $ | |

— Restitution amount ordered pursuant to plea agreement  $ _____.

— The defendant shall pay interest on any fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

— The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   — the interest requirement is waived for the ___ fine ___ restitution.

   — the interest requirement for the ___ fine ___ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 12/03) Sheet 6 - Schedule of Payments

| | | |
|---|---|---|
| Defendant: | ROBERT KENNETH SCOTT CRUZ | Judgment - Page 4 of 4 |
| Case No.: | 8:13-cr-538-VMC-AEP | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. __X__ Special Assessment lump sum payment of $100.00 due immediately, balance due

      __ not later than _____, or

      __ in accordance __ C, __ D, __ E or __ F below; or

B. __ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C. __ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. __ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. __ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. __ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

__ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

__ The defendant shall pay the cost of prosecution.

__ The defendant shall pay the following court cost(s):

__ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**vs**

**NERENE ERICA HARRISON**

**Case Number. 8:13-cr-538-T-33AEP**
**USM Number: 60165-018**

**Nicholas Gianni Matassini, CJA**

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty to Counts One of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1325(c) and 18 U.S.C. § 2 | Marriage Fraud | August 15, 2011 | ONE |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 4, 2014

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

November ____, 2014

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Nerene Erica Harrison
8:13-cr-538-T-33AEP

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINETY (90) DAYS OR THREE (3) MONTHS.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Nerene Erica Harrison
8:13-cr-538-T-33AEP

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.  the defendant shall support his or her dependents and meet other family responsibilities;

5.  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.  the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

Nerene Erica Harrison
8:13-cr-538-T-33AEP

11.    the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12.    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.    If the defendant is deported, she shall not re-enter the United States without the express permission of the appropriate governmental authority.

2.    The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

3.    The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | Waived | N/A |

## SCHEDULE OF PAYMENTS

**Special assessment shall be paid in full and is due immediately.**

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

# EXHIBIT "G"

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **COLBY MUSSER** | Case Number:  **4:16CR00646-RBH (10)** |
| | USM Number: <u>31653-171</u> |
| | <u>JOHN ERVIN, III, CJA</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

- ■ pleaded guilty to count(s) <u>one (1) of the Indictment on April 18, 2017.</u>
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1325(c) & 18:371 | Please see indictment | 08/23/16 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s)_____
- ☐ Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.
- ☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>  8/17/2017    </u>
Date of Imposition of Judgment

<u>  s/R. Bryan Harwell    </u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>  8/21/2017    </u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
    Sheet 4 - Probation

Page 2

DEFENDANT: COLBY MUSSER
CASE NUMBER: 4:16CR00646-RBH (10)

# PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years.**

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C. 3563(a) & (b).

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
    Sheet 4A - Probation

Page 3

DEFENDANT: COLBY MUSSER
CASE NUMBER: 4:16CR00646-RBH (10)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

# U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case

DEFENDANT: COLBY MUSSER
CASE NUMBER: 4:16CR00646-RBH (10)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
    ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: COLBY MUSSER
CASE NUMBER: 4:16CR00646-RBH (10)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

☐ not later than _____, or

☐ in accordance with   ☐ C,   ☐ D, or   ☐ E, or ☐ F below: or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____(e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ _(e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____(e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____(e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.



☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment In a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

UNITED STATES OF AMERICA

vs.

**NICHOLAS TARPLEY**

**JUDGMENT IN A CRIMINAL CASE**

Case Number:   **4:16CR00646-RBH (5)**

**USM Number:**

<u>Nicholas Lewis, CJA</u>
Defendant's Attorney

**THE DEFENDANT:**

■ pleaded guilty to count(s) <u>one (1) on August 24, 2017</u>.
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:371 | Please see indictment | 8/23/16 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____
☐ Count(s) _____ ☐ is ☐are   dismissed on the motion of the United States.
☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>August 24, 2017</u>
Date of Imposition of Judgment

<u>s/ R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>August 28, 2017</u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

Page 2

DEFENDANT: NICHOLAS TARPLEY
CASE NUMBER: 4:16CR00646-RBH (5)

# PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years**.

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C. 3563(a)&(b) and the following special conditions:

1. The defendant shall submit financial documents and verification of income to the Probation Office as requested. The Court reserves the right to increase payments based upon any increase in financial status.

2. The defendant shall satisfactorily participate in a drug testing program as approved by the U.S. Probation Office. The defendant shall contribute to costs of such program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or "Medicaid".

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
    Sheet 4A - Probation

Page 3

DEFENDANT: NICHOLAS TARPLEY
CASE NUMBER: 4:16CR00646-RBH (5)

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: NICHOLAS TARPLEY
CASE NUMBER: 4:16CR00646-RBH (5)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 100.00 | | $1000.00 | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $_____ | $_____ | |

☐ Restitution amount ordered pursuant to plea agreement    $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

■ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ■    The interest requirement is waived for the ■ fine ☐ restitution.
    ☐    The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: NICHOLAS TARPLEY
CASE NUMBER: 4:16CR00646-RBH (5)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment) and $1000.00 (fine)**  due immediately, balance due

   ☐  not later than _____ , or

   ☐  in accordance with   ■ C,   ☐ D, or   ☐ E, or ☐ F below: or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ■  Any unpaid _fine_ payment in _monthly_ installments of **$100.00** to commence _30 days_ after sentencing; or

D  ☐   Payment in equal _____ _(e.g., weekly, monthly, quarterly)_ installments of $_____ over a period
       of _____ _(e.g., months or years)_, to commence _____ _(e.g., 30 or 60 days)_ after release from imprisonment to a
       term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _(e.g., 30 or 60 days)_ after release from imprisonment.
       The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes  imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

     Defendant and Co-Defendant Names and Case Numbers _(including defendant number)_, Total Amount, Joint and Several Amount,
     and corresponding payee, if appropriate.



☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.


Payments shall be applied in the following order:  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment In a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **SIDNEI NOIVO FERREIRA** | Case Number: **4:16CR00646-RBH (6)** |
| | USM Number: 31663-171 |
| | <u>Melvin Wayne Cockrell , III</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

- ☑ pleaded guilty to count <u>one (1) of the Indictment on April 18, 2017</u>
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:371 | Please see indictment | 8/23/2016 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s)_____
- ☐ Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.
- ☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>8/17/2017</u>
Date of Imposition of Judgment

<u>s/R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>8/21/2017</u>
Date

DEFENDANT: Sidnei Noivo Ferreira
CASE NUMBER: 4:16CR00646-RBH (6)

## PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years**.

While on probation, the defendant shall comply with the mandatory and standard condition of supervision outlined in 18 U.S.C. 3563(a) & (b) and the following special condition:

The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and reentry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent from the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4A - Probation

Page 3

DEFENDANT: Sidnei Noivo Ferreira
CASE NUMBER: 4:16CR00646-RBH (6)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____     Date _____

DEFENDANT: Sidnei Noivo Ferreira
CASE NUMBER: 4:16CR00646-RBH (6)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | **$ 100.00** | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $_____ | $_____ | |

☐ Restitution amount ordered pursuant to plea agreement   $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
    ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: Sidnei Noivo Ferreira
CASE NUMBER: 4:16CR00646-RBH (6)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ■    Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

    ☐ not later than _____, or

    ☐ in accordance with ☐ C, ☐ D, or ☐ E, or ☐ F below: or

B    ☐    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C    ☐    Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ (e.g., months or years), to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D    ☐    Payment in equal _____*(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E    ☐    Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.
☐    The defendant shall pay the following court cost(s):
☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

UNITED STATES OF AMERICA

vs.

**CLAUDIA LICIA SANTAELLA FERREIRA**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **4:16CR00646-RBH (4)**

USM Number: <u>31664-171</u>

<u>Richard Scott Joye, CJA</u>
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count <u>one (1) of the Indictment on April 18, 2017.</u>
☐ pleaded nolo contendere to count(s) _____which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:371 | Please see indictment | 8/23/2016 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____.
☐ Count(s) _____ ☐ is ☐are dismissed on the motion of the United States.
☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>8/17/2017</u>
Date of Imposition of Judgment

<u>s/R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>8/21/2017</u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

Page 2

DEFENDANT: Claudia Licia Santaella Ferreira
CASE NUMBER: **4:16CR00646-RBH (4)**

## PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years**.
While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C . § 3563(a) & (b) and the following special condition:

The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and reentry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent from the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
    Sheet 4A - Probation

Page 3

DEFENDANT: Claudia Licia Santaella Ferreira
CASE NUMBER: **4:16CR00646-RBH (4)**

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____  Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: Claudia Licia Santaella Ferreira
CASE NUMBER: **4:16CR00646-RBH (4)**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | **$100.00** | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
    ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (SCDC Rev. 11/16) Judgment in a Criminal Case
     Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: Claudia Licia Santaella Ferreira
CASE NUMBER: **4:16CR00646-RBH (4)**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment)**  due immediately, balance due

     ☐  not later than _____, or

     ☐  in accordance with  ☐ C,  ☐ D, or  ☐ E, or ☐ F below: or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____*(e.g., weekly, monthly, quarterly)*  installments of $_____over a period of _____

     _(e.g., months or years), to commence _____  *(e.g., 30 or 60 days)*  after the date of this judgment; or

D  ☐   Payment in equal _____*(e.g., weekly, monthly, quarterly)*  installments of $_____over a period

     of _____*(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a

     term of supervision; or

E  ☐  Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes  imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order:  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **ADALBERTO VIEIRA** | Case Number: **4:16CR00646-RBH (2)** |
| | USM Number: <u>31662-171</u> |
| | <u>Carla Grabert-Lowenstein, CJA</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

- ■ pleaded guilty to count <u>one (1) of the Indictment on April 18, 2017.</u>
- ☐ pleaded nolo contendere to count(s) _____ch was accepted by the court.
- ☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:371 | Please see indictment | 08/23/16 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☐ Count(s) _____ ☐ is ☐are dismissed on the motion of the United States.
- ☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>8/17/2017</u>
Date of Imposition of Judgment

<u>s/R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>8/21/2017</u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

Page 2

DEFENDANT: Adalberto Vieira
CASE NUMBER: 4:16CR00646-RBH (2)

# PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years.**

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C. 3563(a) & (b) and the following special condition:

The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and re-entry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4A - Probation

Page 3

DEFENDANT: Adalberto Vieira
CASE NUMBER: 4:16CR00646-RBH (2)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: Adalberto Vieira
CASE NUMBER: 4:16CR00646-RBH (2)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 100.00 | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
    ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (SCDC Rev. 11/16) Judgment in a Criminal Case
   Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: Adalberto Vieira
CASE NUMBER: 4:16CR00646-RBH (2)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

    ☐ not later than _____ , or

    ☐ in accordance with  ☐ C,  ☐ D, or  ☐ E, or ☐ F below: or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____
    _(e.g., months or years), to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period
    of _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment.
    The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **SONIA RAQUEL SANTAELLA VIEIRA** | Case Number:  **4:16CR00646-RBH (1)** |
| | USM Number: <u>31665-171</u> |
| | <u>W. JAMES HOFFMEYER, CJA</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ pleaded guilty to count <u>one (1) of the Indictment on April 18, 2017.</u>
☐ pleaded nolo contendere to count(s) _____which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| 18:371 | Please see indictment | 08/23/16 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____
☐ Count(s) _____ ☐ is ☐are   dismissed on the motion of the United States.
☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>    8/17/2017                              </u>
Date of Imposition of Judgment

<u>    s/R. Bryan Harwell                     </u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>    8/21/2017                              </u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
  Sheet 4 - Probation

Page 2

DEFENDANT: Sonia Raquel Santaella Vieira
CASE NUMBER: 4:16CR00646-RBH (1)

## PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years**.

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C. 3563(a) & (b) and the following special condition:

The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and re-entry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4A - Probation

Page 3

DEFENDANT: Sonia Raquel Santaella Vieira
CASE NUMBER: 4:16CR00646-RBH (1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: Sonia Raquel Santaella Vieira
CASE NUMBER: 4:16CR00646-RBH (1)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | **$ 100.00** | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
    ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: Sonia Raquel Santaella Vieira
CASE NUMBER: 4:16CR00646-RBH (1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

    ☐ not later than _____, or

    ☐ in accordance with  ☐ C,  ☐ D, or  ☐ E, or ☐ F below: or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____
    _(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period
    of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment.
    The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **AMANDA SANTAELLA FERREIRA** | Case Number:  **4:16CR00646-RBH (9)** |
| | USM Number: <u>13985-104</u> |
| | <u>J. Rene Josey & Kristin Figueroa-Contreras, Ret.</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

- ■ pleaded guilty to count(s) <u>one (1) on April 18, 2017</u>.
- ☐ pleaded nolo contendere to count(s) _____which was accepted by the court.
- ☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:371 | Please see indictment | 08/23/16 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s)_____
- ☐ Count(s) _____ ☐ is ☐are   dismissed on the motion of the United States.
- ☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>August 8, 2017</u>
Date of Imposition of Judgment

<u>s/R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>August 8, 2017</u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

Page 2

DEFENDANT: Amanda Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (9)

## PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years**.

While on probation, the defendant shall comply with the mandatory and standard condition of supervision outlined in 18 U.S.C. 3563(a) & (b) and the following special conditions:

1. The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and reentry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent from the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

2. The defendant shall satisfactorily participate in a drug testing program as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or "Medicaid."

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   □ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. □ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. □ You must participate in an approved program of domestic violence. *(check if applicable)*
7. □ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
    Sheet 4A - Probation

Page 3

DEFENDANT: Amanda Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (9)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

# U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case

Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: Amanda Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (9)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | **$ 100.00** | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
　　☐　　The interest requirement is waived for the ☐ fine ☐ restitution.
　　☐　　The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B　(SCDC Rev. 11/16) Judgment in a Criminal Case
　Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: Amanda Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (9)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ■   Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

     ☐   not later than _____ , or

     ☐   in accordance with   ☐ C,   ☐ D, or   ☐ E, or ☐ F below: or

B ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ _(e.g., months or years), to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐   Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **NATHALIA SANTAELLA FERREIRA** | Case Number:  **4:16CR00646-RBH (7)** |
| | USM Number: 13983-104 |
| | J. Rene Josey & Kristin Figueroa-Contreras, Ret. |
| | Defendant's Attorney |

**THE DEFENDANT:**

- ■ pleaded guilty to count <u>two (2) on April 18, 2017</u>.
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:1425(b) & 8:1451(e) | Please see indictment | 08/23/16 | 2 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s)_____.
- ■ Count <u>one (1)</u>  ■ is  ☐ are dismissed on the motion of the United States.
- ☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

August 8, 2017
Date of Imposition of Judgment

s/R. Bryan Harwell
Signature of Judge

Hon. R. Bryan Harwell, U.S. District Judge
Name and Title of Judge

August 8, 2017
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

Page 2

DEFENDANT: Nathalia Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (7)

# PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years.**

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C. 3563(a) & (b) and the following special conditions:

1. The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and re-entry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

2. The defendant shall satisfactorily participate in a drug testing program as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

3. The defendant shall satisfactorily participate in a mental health treatment program, as approved by the U.S. Probation Office. The defendant shall contribute to the costs of the program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you may pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Page 3

DEFENDANT: Nathalia Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (7)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: Nathalia Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (7)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | **$ 100.00** | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
  ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

DEFENDANT: Nathalia Santaella Ferreira
CASE NUMBER: 4:16CR00646-RBH (7)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

      □  not later than _____, or

      □  in accordance with  □ C,  □ D, or  □ E, or □ F below: or

B  □  Payment to begin immediately (may be combined with  □ C,  □ D, or  □ F below); or

C  □  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ (e.g., months or years), to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  □  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  □  Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  □  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

□  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.



□  The defendant shall pay the cost of prosecution.
□  The defendant shall pay the following court cost(s):
□  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 4:16-CR-00646-RBH |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATHALIA SANTAELLA FERREIRA | ) | |
| | ) | |

## ORDER REVOKING CITIZENSHIP

The Defendant, NATHALIA SANTAELLA FERREIRA, having been convicted of committing fraud to obtain naturalization as a citizen of the United States, in violation of 18 U.S.C. § 1425(b), and pursuant to 8 U.S.C. § 1451(e) which mandates that in the event of such a conviction the related naturalization shall be revoked,

it is hereby **ORDERED:**

1. Judgment is entered revoking and setting aside the naturalization of the Defendant ordered by the Attorney General of the United States, admitting the Defendant to United States citizenship, and canceling Certificate of Naturalization No. 34592434.

2. The Defendant, from the date of this Order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of the Defendant's naturalization on February 22, 2012.

3. The Defendant shall surrender and deliver her Certificate of Naturalization, and any copies thereof in her possession (and shall make good faith efforts to recover and then

1

surrender any copies thereof which she knows are in the possession of others), to the Attorney General immediately; and return any other indicia of United States citizenship, and any copies thereof in her possession (and shall make good faith efforts to recover and then surrender any copies thereof which she knows are in the possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

**AND IT IS SO ORDERED**

July 18, 2017
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **JASON BOLT** | Case Number:  **4:16CR00646-RBH (8)** |
| | USM Number: <u>31654-171</u> |
| | <u>Mark McLawhorn, AFPD</u><br>Defendant's Attorney |

**THE DEFENDANT:**

■   pleaded guilty to count <u>one (1) on February 27, 2017</u>.
☐   pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐   was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:371 | Please see indictment | 08/23/16 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)_____
■   Count <u>two (2)</u> ■ is ☐ are   dismissed on the motion of the United States.
☐   Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>June 21, 2017</u>
Date of Imposition of Judgment

<u>s/R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>June 22, 2017</u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

DEFENDANT: JASON BOLT                                                                           Page 2
CASE NUMBER: 4:16CR00646-RBH (8)

## PROBATION

The defendant is hereby sentenced to probation for a term of **three (3) years**

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision outlined in 18 U.S.C. 3563(a) & (b) and the following special conditions:

1. The defendant shall be placed on home detention with electronic monitoring for a term of six (6) months and make co-payments toward this expense not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services".

2. The defendant shall satisfactorily participate in a drug testing program as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or "Medicaid."

3. The defendant shall submit financial documents and verification of income to the Probation Officer as requested. The Court reserves the right to increase payments based upon any increase in financial status.

4. The defendant shall not open additional lines of credit without the approval of the U.S. Probation Office.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4A - Probation

DEFENDANT: JASON BOLT                                                                                    Page 3
CASE NUMBER: 4:16CR00646-RBH (8)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: JASON BOLT
CASE NUMBER: 4:16CR00646-RBH (8)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | | $ 2000.00 | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $_____ | $_____ | |

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

■ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
   ■ The interest requirement is waived for the ■ fine ☐ restitution.
   ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: JASON BOLT
CASE NUMBER: 4:16CR00646-RBH (8)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payment of **$100.00 (special assessment) and $2000.00 (fine)** due immediately, balance due

     ☐ not later than _____, or

     ☐ in accordance with ☐ C, ☐ D, or ☐ E, or ☐ F below: or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☒ Any unpaid fine payment in _monthly_ installments of **$100.00** to commence _30_ _days_ after sentencing; or

D ☐ Payment in equal _____(e.g., weekly, monthly, quarterly) installments of $_____over a period
of _____(e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E ☐ Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment.
The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (SCDC Rev.11/16) Judgment in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
### District of South Carolina

UNITED STATES OF AMERICA

vs.

**JULIE MCGORTY**

### JUDGMENT IN A CRIMINAL CASE

Case Number:   **4:16CR00646-RBH (3)**

USM Number: <u>88745-071</u>

<u>G Scott Bellamy, Retained</u>
Defendant's Attorney

**THE DEFENDANT:**

■ pleaded guilty to count(s) <u>one (1) on January 11, 2017</u>
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| 18:371 | Please see indictment | 8/23/2016 | 1 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.
☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

<u>June 21, 2017</u>
Date of Imposition of Judgment

<u>s/R. Bryan Harwell</u>
Signature of Judge

<u>Hon. R. Bryan Harwell, U.S. District Judge</u>
Name and Title of Judge

<u>June 21, 2017</u>
Date

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 4 - Probation

DEFENDANT: Julie McGorty
CASE NUMBER: 4:16-cr-00646-RBH (3)

Page 2

## PROBATION

The defendant is hereby sentenced to probation for a term of **five (5) years**.
While on probation, the defendant shall comply with the mandatory and standard
conditions of supervision outlined in 18 U.S.C. § 3563(a)(b). The defendant shall also comply with
the following special conditions:

1. The defendant shall be placed on home confinement with electronic monitoring for a period of fourteen (14) months. The defendant shall contribute to the costs of such program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services."

2. The defendant shall satisfactorily participate in a drug testing program as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or "Medicaid."

3. The defendant shall satisfactorily participate in a mental health treatment program as approved by the U.S. Probation Office. The defendant shall contribute to the costs of the program not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or "Medicaid."

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
    Sheet 4A - Probation

Page 3

DEFENDANT: Julie McGorty
CASE NUMBER: 4:16-cr-00646-RBH (3)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B (SCDC Rev. 11/16) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 4

DEFENDANT: Julie McGorty
CASE NUMBER: 4:16-cr-00646-RBH (3)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | **$ 100** | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ The interest requirement is waived for the ☐ fine ☐ restitution.
    ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (SCDC Rev. 11/16) Judgment in a Criminal Case
   Sheet 6 - Schedule of Payments

Page 5

DEFENDANT: Julie McGorty
CASE NUMBER: 4:16-cr-00646-RBH (3)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■  Lump sum payment of **$100.00 (special assessment)** due immediately, balance due

     ☐  not later than _____, or

     ☐  in accordance with  ☐ C,  ☐ D, or  ☐ E, or ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly)  installments of $_____ over a period of _____
     (e.g., months or years), to commence _____  (e.g., 30 or 60 days)  after the date of this judgment; or

D  ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly)  installments of $_____ over a period
     of _____ (e.g., months or years), to commence _____  (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

E  ☐  Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment.
     The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes  imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B  (Rev 12/03)  Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

ROBERT KENNETH SCOTT CRUZ

THE DEFENDANT:

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER:   8:13-cr-538-VMC-AEP
USM NUMBER:    60121-018

Defendant's Attorney:  Adam Benjamin Allen, AFPD

X  pleaded guilty to count(s) One of the indictment.
_ pleaded nolo contendere to count(s) which was accepted by the court.
_ was found guilty on count(s) after a plea of not guilty.

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 8 U.S.C. § 1325(c) and 18 U.S.C § 2 | Marriage Fraud | August 15, 2011 | One |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_ The defendant has been found not guilty on count(s)
_ Count(s)  (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.
If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence: September 11, 2014

**VIRGINIA M. HERNANDEZ COVINGTON**
**UNITED STATES DISTRICT JUDGE**
DATE: September ___/___, 2014

AO 245B (Rev. 12/03) Sheet 4 - Probation

| Defendant: | ROBERT KENNETH SCOTT CRUZ | Judgment - Page 2 of 4 |
|---|---|---|
| Case No.: | 8:13-cr-538-VMC-AEP | |

## PROBATION

The defendant is hereby placed on probation for a term of **THIRTY-SIX (36) MONTHS.**

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

  X    The mandatory drug testing provisions of the Violent Crime Control Act are waived. However, the court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

  X    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## PROOF OF SERVICE
CCP§ 1013a (3)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address: 16520 Bake Parkway, Suite 280, Irvine, California 92618.

On October 16, 2020, I served the foregoing document described as: Sentencing Memorandum on the interested parties in the action:

| | |
|---|---|
| ☐ | By placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list |

| ☒ | By placing | ☐ | the original | | ☐ | A true copy thereof enclosed in sealed envelopes addressed as follows: |
|---|---|---|---|---|---|---|

Melanie Sartoris
Assistant United States Attorney
Melanie.Sartoris@usdoj.gov

| | |
|---|---|
| ☐ | (BY MAIL): I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit. |
| ☐ | (BY PERSONAL SERVICE): I delivered such envelope by hand to the offices of the addressee. |
| ☐ | (BY FACSIMILE MACHINE): I caused the above referenced-documents to be transmitted to the addressee at the following fax number. |
| ☐ | (BY FEDERAL EXPRESS): I deposited the above-referenced document(s) to a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for. |
| ☒ | (BY E-MAIL): I caused such document(s) to be delivered via e-mail to (Melanie.Sartoris@usdoj.gov ) at the offices of the addressee(s) following ordinary business practice. |

Executed on October 16, 2020, at Irvine, California.

| | |
|---|---|
| ☐ | (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ☒ | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

LAURA M. RUIZ