MELANIE SARTORIS (Cal Bar No. 217560) - AUSA
312 North Spring Street, 12th Floor
Los Angeles, CA 90012
Phone: 951-276-6942 / e-mail: melanie.sartoris@usdoj.gov
Attorneys for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 16-292-JGB-3 |
| v. | |
| DEFENDANT, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's Ex Parte Application for Order Sealing Documents; Memorandum of Points and Authorities;
Declaration of Melanie Sartoris [Under Seal];
[Proposed] Order Sealing Documents [Under Seal]; and
Document Filed Under Seal [Under Seal]

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 29, 2020
Date

MELANIE SARTORIS
Attorney Name

UNITED STATES OF AMERICA
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).