# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | | |
|---|---|---|
| Case No. CR16-00292-JGB-3 | | Date November 9, 2020 |

Present: The Honorable  JESUS G. BERNAL, U.S. District Judge

| Maynor Galvez | Phyllis A. Preston | Melanie Sartoris / Christopher Grigg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| SYED RAHEEL FAROOK | ☐ | √ | Ron Cordova/Allyson Rudolph | √ | ☐ | ☐ | n/a |

**PROCEEDINGS:**    SENTENCING AND JUDGMENT HEARING       Contested       Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     √ Refer to separate Judgment Order.
___ Imprisonment for _Years/months_ on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
    Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
√ Three (3) years Probation imposed on count(s)     One
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $ _____ fine amounts & times determined by P/O.
    ___ Make $ _____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ___ Other conditions: _____
√ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
√ Pay $ 100 per count, special assessment to the United States for a total of $ 100
___ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     ___ Processed statement of reasons.
√ Bond exonerated     ___ upon surrender     ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release     # _____
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at $ _____
√ Filed and distributed judgment.  ENTERED.
___ Other _____

                                                                          : 25
                                            Initials of Deputy Clerk   MG

cc: USPO/USM-ED